UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURA JEAN CHAMPAGNE | : | |
|     Plaintiffs | : | CIVIL NO.: |
| | : | 3:19-CV-01640 (SRU) |
| | : | |
| v. | : | |
| | : | |
| GOODWIN COLLEGE, INC | : | |
|     Defendant | : | MARCH 3, 2020 |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As Plaintiff no longer desires to pursue her claims against Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, LAURA JEAN CHAMPAGNE and Defendant, GOODWIN COLLEGE, INC., by and through their respective counsel, hereby stipulate and agree to the dismissal of all claims asserted and that could have been asserted in Plaintiff's Complaint dated October 17, 2019, with prejudice, without fees or costs to any party, and with all rights of appeal waived.

                                                        DEFENDANT,
                                                        GOODWIN COLLEGE, INC.

By:    */s/Beverly W. Garofalo*
          Beverly W. Garofalo (ct 11439)
          Allison P. Dearington (ct29277)
          Jackson Lewis P.C.
          90 Statehouse Square, 8th Floor
          Hartford, CT  06103
          Tel: (860) 522-0404
          Fax: (860) 247-1330
          bevery.garofalo@jacksonlewis.com
          allison.dearington@jacksonlewis.com

                                            PLAINTIFF,
                                            LAURA JEAN CHAMPAGNE

By:   */s/ Michael J. Reilly*
        Michael J. Reilly (ct 28651)
        Cicchiello & Cicchiello, LLP
        364 Franklin Avenue
        Hartford, CT 06114
        P: 860-396-3457
        F: 860-296-3457
        mreilly@cicchielloesq.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on March 3, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Allison P. Dearington*
Allison P. Dearington